**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT FRANKFORT**

**CIVIL ACTION NO. 2012-63 (WOB-CJS)**

SAMUEL CLINTON DURHAM                                            PLAINTIFF

VS.                         <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY                          DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #9), and having considered de novo those objections filed thereto by plaintiff (Doc. #10), the Court being advised,

**IT IS ORDERED** that the objections to the Report and Recommendation of the Magistrate Judge be, and they hereby are, **overruled**; the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. #7) is **denied**; and that defendant's motion for summary judgment (Doc. #8) is **granted**. A separate Judgment shall enter concurrently herewith.

This 27th day of August, 2013.



Signed By:
*William O. Bertelsman* WOB
United States District Judge